[No. 22094–2–I.   Division One.   August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN EDWARD MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 87-1-04524-9, Shannon Wetherall, J., entered March 28, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.